**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No. 5:24-cv-00706-BO**

DONNA BLUE, *individually, and on behalf of those similarly situated*,

Plaintiff,

v.

CUMBERLAND COUNTY HOSPITAL SYSTEM, INC. d/b/a CAPE FEAR VALLEY HEALTH SYSTEM,

Defendants.

**MOTION TO DISMISS**

Defendant Cumberland County Hospital System. Inc. d/b/a Cape Fear Valley Health System ("Cape Fear"), by and through its undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby files this Motion to Dismiss Plaintiff Donna Blue's ("Plaintiff") Complaint in its entirety. (D.E. 1.) Cape Fear respectfully requests that the Court dismiss this action pursuant to Rule 12(b)(6) as Plaintiff has failed to plead any claim upon which relief may be granted.

In further support of this Motion, Cape Fear shows the Court as follows:

1. All of Plaintiff's claims fail as a matter of law because she does not plausibly allege that she communicated or disclosed any private, protected, or otherwise confidential information when she purportedly browsed Cape Fear's public informational website, much less that Cape Fear disclosed any such information to a third party.

2. Plaintiff's claim for violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, fails as a matter of law because, *inter alia*, Plaintiff fails to plausibly allege an unauthorized interception, use, or disclosure of an electronic communication in violation of the that statute, Cape Fear was a party to the vaguely pled communications, and the crime-tort exception to the one-party consent rule does not apply.

3. Plaintiff fails to state a claim for breach of express or implied contract because she fails to plausibly allege the existence of a contract. Nor does she plausibly allege that any such contract was breached.

4. Because Plaintiff's claim for breach of the covenant of good faith and fair dealing is premised upon the same factual allegations as and is thus "part and parcel" of her fatally flawed claims for breach contract, this claim necessarily fails.

5. Plaintiff's negligence claim fails as a matter of law because she fails to plausibly allege that she was owed a duty of care when she visited Cape Fear's publicly available informational website. Nor does she adequately allege that any such duty was breached.

6. The Complaint fails to state a claim for breach of fiduciary duty because Plaintiff's purported use of a public website did not give rise to a fiduciary relationship. Plaintiff also fails to plausibly allege that any fiduciary duty was breached.

7. Plaintiff's unjust enrichment claim, which is pled in the alternative to her deficient breach of contract claims, also fails as a matter of law. She does not

allege, *inter alia*, that she conferred a benefit upon Cape Fear by supposedly providing information while perusing Cape Fear's public website. Plaintiff also fails to allege that she and/or Cape Fear had an expectation that she would be compensated for the unidentified benefit which was supposedly conferred.

8. Contemporaneously herewith, Cape Fear files its Memorandum of Law in Support of its Motion to Dismiss.

9. For the reasons stated above and in the accompanying Memorandum of Law in Support, Cape Fear respectfully requests that the Court dismiss Plaintiff's Complaint in its entirety *with prejudice*.

**WHEREFORE**, Cape Fear respectfully requests that the Court grant its Motion to Dismiss Plaintiff's Complaint in its entirety with prejudice and grant Cape Fear all such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 28th day of February, 2025.

**K&L GATES LLP**

By: */s/Marla T. Reschly*
Marla T. Reschly (N.C. Bar No. 46706)
Daniel D. McClurg (N.C. Bar No. 53768)
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Phone: (704) 331-7400
Fax: (704) 331-7598
Email: marla.reschly@klgates.com
daniel.mcclurg@klgates.com

Michael J. Stortz (*pro hac vice* to be filed)
(C.A. Bar No. 139386)
Four Embarcadero Center, Suite 1200
San Francisco, California 94111

Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220
Michael.Stortz@klgates.com

***Attorneys for Defendant Cumberland County Hospital System, Inc. d/b/a Cape Fear Valley Health System***

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notice:

David Matthew Wilkerson
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801
Dwilkerson@vwlawfirm.com
Attorney for Plaintiff Donna Blue

*/s/Marla T. Reschly*
Marla T. Reschly